**Fill in this information to identify the case:**

Debtor name: WC 8120 Research LP

United States Bankruptcy Court for the: Western District of TX (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 1 | Alliance Tax Advisors<br>433 E. Las Colinas Blvd.<br>Suite 300<br>Irving, TX 75039 | | | | | | $1,216.00 |
| 2 | GuardTexas, Inc.<br>PO Box 850356<br>Richardson, TX 75085 | | | | | | $7,290.97 |
| 3 | Strata Landscape, Inc.<br>PO Box 49362<br>Austin, TX 78765 | | | | | | $2,552.50 |
| 4 | Clarke Kent Plumbing, Inc<br>1408 W. Ben White Blvd<br>Austin, TX 78704 | | | | | | $730.69 |
| 5 | Geary Porter & Donovan P C<br>PO Box 700248<br>Dallas, TX 75370 | | | | | | $4,250.00 |
| 6 | Tecta America - Austin, LLC<br>2319 Patterson Industrial Dr.<br>Pflugerville, TX 78660 | | | | | | $4,032.31 |
| 7 | Allied Security Links<br>1005 Kramer Lane<br>Austin, TX 78758 | | | | | | $445.00 |
| 8 | Kentex Roofing Systems, LLC<br>8291 Springdale Road, Ste 200<br>Austin, TX 78724 | | | | | | $1,948.50 |

Debtor  WC 8120 Research LP
Name

Case number (*if known*) _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Pure Real Estate Partners, LP  5515 Balcones Drive  Austin, TX 78731 | | | | | | $1,651.85 |
| 10 | Alkin Construction, Inc  18900 Peckham Drive  Point Venture, TX 78645 | | | | | | $110,344.24 |
| 11 | North by Northwest LLC  3801 Prairie Lane  Austin, TX 7828 | | | | | | $1,035.48 |
| 12 | Austin Tenant Advisors  9303 San Lucas Road  Austin, TX 78737 | | | | | | $840.97 |
| 13 | Cupertino Builders, LLC  811 E. 11th St, Suite 206  Austin, TX 78702 | | | | | | Unknown |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |